John T. Wickens, Respondent, v. Thomas Foster, Appellant.—Judgment and order reversed and a new trial ordered, with costs to abide the event. Opinion by Hardin, P. J.; dissenting opinion by Follett, J.

Edwin R. Morse and others, Appellants, v. James L Hill, Respondent. — Judgment affirmed, with costs, on opinion of Merwin, J., delivered at Special Term.

Rosel Barnes, Appellant, v. Dewey L. Walker, Respondent. — Judgment affirmed, with costs.

In the Matter of the Contest over the Alleged Will of Frederick Saddlemire, Deceased, Margaret L. Saddlemire, Appellant.— Decree of the surrogate of Tioga county affirmed, with costs against the appellant. Opinion by Follett, J.; Merwin, J., dissenting.

Thomas McCraith, Respondent, v. The National Mohawk Valley Bank, Appellant. — Judgment and order affirmed, with costs. Opinion by Merwin, J.; Hardin, P. J., not voting.

Henry Mowers, Respondent, v. Emory B. Pottle, Appellant. — Judgment reversed and a new trial ordered before a new referee, with costs to abide the event; appeal from the order dismissed, without costs. Opinion by Merwin, J.

Julia E. Stillman, Appellant, v. George B. Northrup and others, Respondents. — Judgment affirmed, with costs. Opinion by Follett, J.

Mary Smith, Appellant, v. William Murray, Respondent. — Judgment and order affirmed, with costs.

Wilson J. Abbott, Appellant, v. Gerritt S. Van Hoesen, as Sheriff, etc., Respondent. — Judgment and order affirmed with costs. Opinion by Hardin, P. J.

Philo B. Spaulding, Respondent, v. Chauncey Risley, Appellant. — Judgment of County Court affirmed, with costs. Opinion by Hardin, P. J.; Vann, J., not voting.

The People of the State of New York ex rel. The Board of Supervisors of Chenango County, Appellants, v. The Board of State Assessors and Burr B. Andrews, as Supervisor of the Town of Norwich, Respondents. — Determination of the board of State assessors modified as stated in the opinion of Hardin, P. J. Order to be settled before him, and as so modified affirmed, with fifty dollars costs and disbursements against appellants. Opinion by Hardin, P. J.

The People of the State of New York, Respondent, v. David A. Dishler, Appellant. — Judgment and order reversed and a new trial ordered in the Onondaga Court of Sessions. Opinion by Hardin, P. J.

The People of the State of New York, Respondent, v. James W. Clark, Appellant. — Judgment and order affirmed and proceedings remitted to the Court of Sessions of Onondaga county with directions to proceed. Opinion by Hardin, P. J.

## Third Department, September Term, 1885.

John Consalus, Respondent, v. Isaac McConike and John H. Colby, Appellants, Impleaded, etc. — Judgment affirmed, with costs. Opinion by Landon, J.

Julia C. Chapin, Respondent, v. Hopkins H. Meloon and others, Appellants. — Judgment affirmed, without costs if plaintiff stipulate to deduct $250 and interest from August 30, 1880; otherwise reversed, with no costs to either party on appeal, and new trial granted; referee discharged, other costs to abide event. Opinion by Learned, P. J.

John Salisbury, Respondent, v. Schuyler Steam Tow-Boat Line, Appellant. — Judgment and order affirmed, with costs. Opinion by Landon, J.

Michael Tracey, Administrator of John Tracey, Deceased, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent — Judgment affirmed, with costs. Opinion by Learned, P. J.

William H. Doran, an Infant, etc., Respondent, v. The City of Troy, Appellant. — Judgment reversed, new trial granted, costs to abide event. Opinion by Landon, J.

In the Matter of the Last Will, etc., of Ebenezer C. Campbell, Deceased. — Decree reversed. Issue to be tried before jury at Circuit. Order and issue to be settled before Landon, J., costs to abide event. Opinions by Landon and Bockes, JJ., and by Learned, P. J., dissenting.

Julia Elgie, Respondent, v. The City of Troy, Appellant. — Judgment affirmed, with costs. Opinion by Learned, P. J.

George King v. City of Ogdensburg.

Same v. Edward J. Chapin. — Follow decision in Piercy v. Averill, reported ante p. 360.

Wilson H. Sherman and others, Respondents, v. The Mechanics and Traders' Insurance Company of the city of New York, Appellant.— Judgment reversed, new trial granted,

costs to abide event. Opinions by Landon and Bockes, JJ.

Orange R. Young, Appellant, v. Charles H. Davis, Respondent. — Motion to go to Court of Appeals denied.

Job Sidebottam v. Julia Donovan. — Motion to dismiss appeal denied, with ten dollars costs.

Jacob Deyo and others v. John Roth. — Action dismissed for failure to continue after death of party.

James Stockwell, as Receiver, etc., Appellant, v. The National Bank of Malone and Nathaniel Rowell, Respondents.— Motion to go to the Court of Appeals denied.

Bertha Klinger, Respondent, v. Michael Bondy and Morris Pollak, Appellants. — Motion granted, cause certified to Court of Appeals.

David D Acker and others, Appellants, v. Charles E. Leland and others, Respondents.

Same v. Same. — Order affirmed, with costs, except as to the part denying a new trial, and as to that part appeal dismissed, without prejudice to plaintiffs' right to appeal from final judgment and to review any matters on such appeal. Opinion by Learned, P. J.

The People of the State of New York ex rel. Leslie W. Russell and others, Respondents, v. Alfred C. Chapin, Comptroller of the State of New York, Appellant. — Order affirmed, with fifty dollars costs and disbursements, on opinion below. See order on file.

The People of the State of New York ex rel. Edward M. Cole, Respondent, v. Frederick Hill, County Treasurer, etc., Appellant. — Motion to modify judgment as to costs denied.

Martin G. Hotaling, Jr., by his Guardian, etc., Respondent, v. Edward McKenzie, Appellant.—Orders affirmed, without costs. Westbrook, J., not acting.